■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST SOBERANIS, Appellant. [644 NYS2d 639]

The court did not improvidently exercise its discretion by denying the defendant's request, made after jury deliberations had commenced, to redact information from an exhibit introduced into evidence by defense counsel and shown to the jury by him during cross-examination of one of the People's witnesses *(cf., Feldsberg v Nitschke,* 49 NY2d 636, 643).

The defendant's remaining contention is unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245). Balletta, J. P., Rosenblatt, Thompson and Copertino, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR ADAMS, Appellant, v RAUL RUSSI, Respondent. [644 NYS2d 637]

As the petitioner has now been released from custody, he is not entitled to a writ of habeas corpus, and his appeal must be dismissed *(see, People ex rel. DeFlumer v Strack,* 85 NY2d 966; *People ex rel. Dennard v Meloni,* 74 NY2d 916; *People ex rel. Burton v Russi,* 199 AD2d 560). In any event, we note that the petitioner's contentions on appeal are without merit. Rosenblatt, J. P., Sullivan, Copertino and Santucci, JJ., concur.